```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

JOHN L. WILLIAMS, JR.                                   PETITIONER

VS.                                  CRIMINAL NO. 5:01-cr-26-DCB-1

UNITED STATES OF AMERICA                                RESPONDENT

## ORDER

This cause is before the Court <u>sua sponte</u>. Having reviewed the plaintiff's Motion dated July 1, 2004 [docket entry no. 59], the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's Motion in criminal action no. 5:01-cr-26-DCB-1, within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 9$^{th}$day of December, 2005.

<u>S/DAVID BRAMLETTE            </u>
UNITED STATES DISTRICT JUDGE