```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

JOHN L. WILLIAMS, JR.                                     PETITIONER

VS.                                       CRIMINAL NO. 5:01cr26-DCB-1
                                          CIVIL ACTION NO. 5:06cv16

UNITED STATES OF AMERICA                                  RESPONDENT

## ORDER

This cause is before the Court <u>sua</u> <u>sponte</u>. Having reviewed the plaintiff's Motion dated July 1, 2004 [docket entry no. 59] and his election to have that Motion treated as a petition under 28 U.S.C. § 2255 [docket entry no. 70], the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's Motion in criminal action no. 5:01-cr-26-DCB-1, within fifteen (15) days from the date of entry of this Order.

SO ORDERED, this the 14th day of June, 2006.

<u>S/DAVID BRAMLETTE</u>
UNITED STATES DISTRICT JUDGE