```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA                                RESPONDENT

VERSUS                              CIVIL ACTION NO. 5:06cv16DCB
                                    CRIMINAL ACTION NO. 5:01cr26DCB

JOHN L. WILLIAMS, JR                                     PETITIONER

## FINAL JUDGMENT

This matter comes before the Court on Petitioner John L. Williams, Jr.'s Motion to Reduce Sentence [**docket entry no. 59**] and Motion to Vacate Under 28 U.S.C. § 2255 [**criminal docket entry no. 71; civil docket entry no. 1**]. The Court denied said motions in a Memorandum Opinion and Order. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this 28 U.S.C. § 2255 action is **DISMISSED WITH PREJUDICE.**

SO ORDERED AND ADJUDGED, this the 1st day of December, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE